# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| | |
|---|---|
| ALEXANDER LUNA,<br><br>        Plaintiff,<br><br>v.<br><br>USAA FEDERAL SAVINGS BANK,<br><br>        Defendant. | Case No.  2:18-cv-14516-KAM<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT USAA FEDERAL SAVINGS BANK** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Alexander Luna and Defendant USAA Federal Savings Bank ("USAA"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to USAA. Each party shall bear their own attorneys' fees, costs and expenses.

Respectfully submitted this 27th day of August 2019.

By: */s/Aaron M. Swift*
Aaron M. Swift, Esq
FBN 0093088
SWIFT & ISRINGHAUS, P.A.
10460 Roosevelt Blvd. N., Suite 313
St. Petersburg, FL 33716
T: (727) 490-9919
F: (727) 255-5332
E: aswift@swift-law.com
Youssef H. Hammoud, Esq. (SBN: 321934)

By: */s/Ryan C. Reinhert*
Ryan C. Reinert
Florida Bar No. 81989
S. ELIZABETH KING
Florida Bar No. 122031
SHUTTS & BOWEN LLP
4301 W. Boy Scout Blvd., Suite 300
Tampa, Florida 33607
T: (813) 229-8900

| | |
|---|---|
| (Admitted *pro hac vice*)<br>PRICE LAW GROUP, APC<br>6345 Balboa Blvd, Suite 247<br>Encino, CA 91316<br>T: (818) 600-5596<br>F: (818) 600-5496<br>E: youssef@pricelawgroup.com<br>*Attorneys for Plaintiff,*<br>*Alexander Luna* | E: rreinert@shutts.com;<br>eking@shutts.com<br><br>David M. Krueger<br>(Admitted *pro hac vice*)<br>BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114<br>T: (216) 363-4500<br>E: dkrueger@beneschlaw.com<br><br>Nora K. Cook<br>(Admitted *pro hac vice*)<br>BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114<br>T: (216) 363-4418<br>E: ncook@beneschlaw.com<br>*Attorneys for Defendant*<br>*USAA FSB* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/Jacey Gutierrez*