UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-14516-CIV-MARRA/MAYNARD

ALEXANDER LUNA,

Plaintiff,

vs.

USAA FEDERAL SAVINGS BANK,

Defendant.
_____/

## ORDER

This cause is before the Court upon the parties' Stipulation of Dismissal (DE 21).  This type of dismissal is self-executing.  Upon the filing of such a dismissal, the Court is divested of jurisdiction.  *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that all **PENDING MOTIONS** are **DENIED AS MOOT**.  The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of August, 2019.

_____
KENNETH A. MARRA
United States District Judge